1  **McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
   Sarah O. Varela, NV SBN 12886
2  David L. Barber, NV SBN 014165
3  1630 S. Commerce Street, Suite A-1
   Las Vegas, Nevada 89102
4  Tel: (702) 386-5107
   Fax: (702) 386-9848
5  svarela@msh.law
6  dbarber@msh.law

7  Attorneys for Plaintiffs/Petitioners

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS and CULINARY WORKERS UNION LOCAL 226, | Case No. 2:19-cv-00002-GMN-BNW |
| Plaintiffs and Petitioners, | **STIPULATION OF DISMISSAL** [FRCP 41(a)(1)(A)(ii)] |
| vs. | |
| VALLEY HOSPITAL MEDICAL CENTER, | |
| Defendant and Respondent. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate that the action is dismissed in its entirety.

Dated: May 24, 2019                    Respectfully Submitted,

                                       **McCRACKEN, STEMERMAN, & HOLSBERRY**

                                       */s/ David L. Barber*
                                       Sarah O. Varela
                                       David L. Barber

                                       *Attorneys for Plaintiffs and Petitioners*
                                       *Culinary Workers Union, Local 226 and*
                                       *Local Joint Executive Board of Las Vegas*

1

STIPULATION OF DISMISSAL

|   |   |
|---|---|
| | **LITTLER MENDELSON, P.C.** |
| | **FORDHARRISON, LLP** |
| | |
| | _/s/ Thomas H. Keim_ |
| | Wendy Medura Krincek |
| | Thomas H. Keim |
| Dated: May 24, 2019 | *Attorneys for Defendant* |
| | *Valley Hospital Medical Center* |

## ORDER

**IT IS SO ORDERED** that the above Stipulation to Dismiss, (ECF No. 19), is **GRANTED**.

Dated this 24 day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2019, the foregoing **STIPULATION OF DISMISSAL** has been filed through the ECF filing system and I am informed that it will be sent electronically to the following registered participants as identified on the Court's Notice of Electronic Filing.

Thomas H. Keim
Ford Harrison
100 Dunbar St.
#300
Spartanburg, SC 29306

Wendy Medura Krincek
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 10th day of June, 2019, in San Francisco, California.

*/s/ Alex Corluyan*
Alex Corluyan

PROOF OF SERVICE                                                          Case No: 2:18-cv-00898-JAD-GWF